UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In re:  Case No. 18-32696
Chapter 7

Gregg Joseph Schmitt,

***ORDER GRANTING RELIEF FROM STAY***

Debtor.

---

This case is before the court on the motion of Santander Consumer USA Inc., servicer for GEMB Lending, Inc. FKA E*Trade Consumer Finance Corporation for relief from the automatic stay imposed by 11 U.S.C. §362(a).

Based on the record, the court finds that grounds exist under 11 U.S.C. §362(d) to warrant relief.

**IT IS ORDERED:**

1. The motion for relief from stay is granted as follows.

2. The automatic stay imposed by 11 U.S.C. §362(a) is terminated such that the movant may exercise its rights and remedies under applicable nonbankruptcy law with respect to the following property:

   2005 Winnebago Journey Motorhome, VIN: 4UZAAHDC75CV28043

3. Notwithstanding Fed R. Bankr. P. 4001(a)(3), this order is effective immediately.

Dated: *September 26, 2018*

/e/ Katherine A. Constantine
Katherine A. Constantine
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *09/26/2018*
Lori Vosejpka, Clerk, by jhn